UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNISENSE FERTILITECH A/S, ET AL.**, <br> Plaintiffs, <br> v. <br> **AUXOGYN, INC, ET AL.**, <br> Defendants. | Case No. 11-cv-05065-YGR <br><br> **ORDER DISMISSING CASE** |

On September 14, 2012, the Court dismissed plaintiffs' complaint for lack of subject matter jurisdiction with leave to amend by no later than October 5, 2012. (Dkt. No. 49.) On October 15, 2012, plaintiffs filed a notice of appeal to the Federal Circuit. (Dkt. No. 50.) On September 24, 2015, the Federal Circuit Court of Appeals issued a mandate dismissing the appeal pursuant to Federal Rule of Appellate Procedure 42(b). (Dkt. No. 52.)

In light of the mandate issued by the Federal Circuit in this matter on September 24, 2015, the action is **DISMISSED** nunc pro tunc as of that date. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 12, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**